```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ELLENOFF GROSSMAN & SCHOLE LLP,                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :      23 Civ. 9752 (JPC)
                -v-                                                    :
                                                                       :      ORDER
MELODYVR GROUP, PLC et al.,                                            :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 18, 2023, the Court ordered Plaintiff to file an amended complaint alleging each partner's citizenship by December 21, 2023. Dkt. 8. That deadline has passed, yet the docket does not reflect the filing of any amended complaint. The Court thus *sua sponte* extends Plaintiff's deadline to do so until January 4, 2024. The previously ordered briefing schedule on Individual Defendants' proposed motions to dismiss is adjourned *sine die*. The Court will set a revised briefing schedule after Plaintiff has filed the amended complaint.

SO ORDERED.

Dated: December 29, 2023
       New York, New York

                                                    _____
                                                          JOHN P. CRONAN
                                                    United States District Judge